9989. JENKINS *v.* THE STATE.

BLOODWORTH, J. This case was tried by the judge without a jury. There is evidence to authorize the finding of guilty, and the judgment must be *Affirmed. Broyles, P. J., and Harwell, J., concur.*

DECIDED NOVEMBER 1, 1918.

Accusation of violation of prohibition law; from city court of Thomasville—Judge W. H. Hammond. July 8, 1918.

*J. M. Austin,* for plaintiff in error.

*H. J. MacIntyre, solicitor,* contra.

---

9991. TURNER *v.* THE STATE.

BROYLES, P. J. 1. Under the facts disclosed by the record it does not appear that the trial judge abused his discretion in overruling the special ground of the motion for a new trial which was based upon alleged newly discovered evidence.

2. There was some evidence which authorized the verdict, and, it having been approved by the trial judge, this court is without authority to interfere.

*Judgment affirmed. Bloodworth and Harwell, JJ., concur.*

DECIDED NOVEMBER 1, 1918.

Accusation of misdemeanor; from city court of Thomasville—Judge W. H. Hammond. July 13, 1918.

*Eldon L. Joiner,* for plaintiff in error.

*H. J. MacIntyre, solicitor,* contra.